# United States District Court
## District of New Mexico

UNITED STATES OF AMERICA,

v.

MARIO RUDOLFO

**ORDER OF DETENTION PENDING REVOCATION HEARING**

Case Number: 24-CR-551 KWR

In accordance with the Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending a final revocation hearing in this case.

**Findings of Fact**

(1) The defendant is held in custody for violating supervised release. *See* Fed. R. Crim. P. 32.1(a)(1).
(2) The Court held a preliminary hearing and found probable cause for the allegation of a violation of his supervised release. *See* Fed. R. Crim. P. 32.1(b)(1)(A).
(3) At the detention hearing, the defendant did not establish, nor did the court find, by clear and convincing evidence that the defendant will not flee or pose a danger to any other person or to the community if released under 18 U.S.C. § 3142(b) (personal recognizance or unsecured appearance bond) or (c) (release on conditions) pending further proceedings. *See* Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).
(4) Additional findings or explanations: In addition to probable cause having been found for committing another crime in violation of his conditions of supervised release, defendant's relative lack of participation in his mental health treatment and issues with impulse control contributed to his detention pending his final revocation hearing.

**ORDER OF DETENTION**

Therefore, pursuant to Fed. R. Crim. P. 32.1(a)(6), the defendant shall be and is ordered detained pending a revocation hearing.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending a revocation hearing. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Date: 8/05/2026

Jennifer M. Rozzoni

Jennifer M. Rozzoni, U.S. Magistrate Judge